IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-10235
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
November 13, 2014

Lyle W. Cayce
Clerk

D.C. Docket No. 4:13-CR-100-4 — A

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MELISSA JO SULLIVAN,

    Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 15 2014
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before BENAVIDES, SOUTHWICK, and COSTA, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: 12/05/2014

A True Copy
  Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: /s/ Melissa V. Mattingly
        Deputy

New Orleans, Louisiana 12/05/2014

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

RECEIVED DEC 15 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

December 05, 2014

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 14-10235    USA v. Melissa Sullivan  
                       USDC No. 4:13-CR-100-4 -A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Melissa V. Mattingly, Deputy Clerk  
                                504-310-7719

cc w/encl:  
    Mr. Joshua Thomas Burgess I  
    Mr. James Wesley Hendrix  
    Honorable John H. McBryde  
    Mr. Brian W. McKay  
    Mr. John W. Stickels

P.S. to Judge McBryde: A copy of the opinion was sent to your office via email the day it was filed.